IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN P. HARTMAN,

    Plaintiff,

vs.

SUNBELT RENTALS, INC.,

    Defendant.

4:21CV3328

ORDER

The parties requested a telephone conference to address discovery disputes. Upon review, the issues need to be briefed and a written order will be entered. Accordingly,

IT IS ORDERED:

1) The telephone conference set for September 21, 2022 is cancelled.

2) The anticipated motion(s) to compel shall be filed on or before October 4, 2022. The response and reply briefs shall be filed in accordance with the Local Rules.

3) The unexpired case progression deadlines are stayed, and the status conference set for October 25, 2022 is continued pending further order of the court.

Dated this 20th day of September, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge